LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 24, 2024

Hon. Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: U.S. v. Jason Soto**,
24 Cr. 511 (RER)

Your Honor:

      I write to request a two month adjournment of the conference that is currently scheduled for March 27, 2025. The defense needs additional time to review the extensive discovery provided and neither counsel is available to appear on March 27, 2025. David Stern, Esq., is on trial and I am recovering from an injury and unable to appear.

      The government, by Emily Dean, Esq., consents to this request. The parties anticipate that that the potential capital issue may be resolved by the next conference. As the adjournment is for continued review of discovery, the time should be excluded from speedy trial calculations.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. RAMON E. REYES