<u>UNITED STATUS EASTERN DISTRICT OF NEW YORK</u>
<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

**U.S.D.J. Ramón E. Reyes, Jr.**    DATE: **5/8/26 Time in Court 11:00AM -11:25AM**

**USA v. Soto**    Docket No.: **1:24-cr-00511-1**

**Plaintiff: USA** represented by **Assistant U.S. Attorneys Emily Dean, Raffaela Belizaire.**

Defendant: **Jason Soto** _√__present                _√__**In Custody**

Def. Counsel: **Lisa Scolari, and David Stern CJA Appointed**    _√__present

**Court Reporter**: <u>Rivka Teich</u> **at (718) 613-2268**

Law Clerk: <u>**AMF**</u>

Case Called. Appearances and discussions on the record. **MOTION to Continue [46] is** granted for the reasons stated on the record. Oral Order to Continue-Ends of Justice as to Jason Soto in the **interest of justice (XT) Start Date: 6/15/26 until Stop Date**:<u>10/5/26</u>. **Defendant remains in Custody**. The 6/15/2026 jury selection and trial are adjourned to **October 5, 2026 at 9:30AM in Courtroom 2E N before Judge Ramon E. Reyes, Jr**, with the exclusion of **October 14, 2026**, as stated on the record. The parties shall submit a comprehensive briefing schedule by **5/22/26**. The parties may submit motion papers over the Court's word limit.